```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

US Department of Labor, Secretary of Labor

    v.                                        Case No. 1:21-mc-67-SM

R&L Carriers Shared Services, LLC

### ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 12, 2022, for the reasons set forth therein.

_____
Steven J. McAuliffe
United States District Judge

Date: August 19, 2022

Cc: Counsel of Record